IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONICA ELLEN YOUNG                                                                                PLAINTIFF

vs.                                        Civil No. 2:14-cv-02176

CAROLYN W. COLVIN                                                                               DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

      Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

      **ENTERED this 7th day of May 2015.**

                                                      /s/ Barry A. Bryant
                                                      HON. BARRY A. BRYANT
                                                      U. S. MAGISTRATE JUDGE